UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:16-tp-80003 KLR

UNITED STATES OF AMERICA,

v.

ROBERT PALTROW,

    Defendant.
_____/

**MOTION FOR PERMISSION TO TRAVEL**

    COMES NOW the Defendant, ROBERT PALTROW (hereinafter PALTROW), by and through undersigned counsel, and moves this Court for permission to travel while serving a term of supervised release.  In support of this motion, PALTROW states the following.

    1. PALTROW was indicted, pled guilty and sentenced in the Western District of Pennsylvania in Case No.  CR-14-09J (W.D.Pa.).  PALTROW pled guilty to two (2) counts of filing a false U.S. Individual Income Tax Return, for the years 2008 and 2009 respectively, in violation of Title 26, U.S. Code §7206(1).  Prior to sentencing PALTROW made full restitution.  That is, he paid the full tax owed for the applicable two (2) year period, plus penalties and interest.

    2.  On April 8, 2015, PALTROW was sentenced to a term of six (6) months imprisonment as to each count, to be served concurrently.  In addition, PALTROW was sentenced to serve a concurrent term of one (1) year supervised release on each count, such

supervised release to begin after PALTROW was released from prison.

3. PALTROW served his term of imprisonment and began the supervised release part of his sentence on November 17, 2015. PALTROW has been serving his supervised release term without incident.

4. PALTROW resides in Palm Beach, Florida. Therefore, supervision of his supervised release was transferred to this Court, the Southern District of Florida.

5. PALTROW wishes to travel so that he may be included in a family vacation on St. Bartholomew, a Caribbean island. PALTROW intends to travel between the dates of April 19-26, 2016. PALTROW agrees that prior to travel he will provide his probation officer with the location of where he will be staying in St. Bartholomew. In addition, he will personally report to his probation officer the day prior to leaving and the day after he returns.

6. The government will not be prejudiced by the granting of this motion. PALTROW's case had nothing to do with any off-shore location in general or St. Bartholomew in particular.

7. PALTROW would like to attend this family vacation. While incarcerated and during the first sixty (60) days of supervised release, when he was not allowed to travel, PALTROW missed several holiday family gatherings, including the birth of twin grandchildren.

8. As of the time of the filing of this motion, counsel attempted to contact the U.S. Attorney's Office regarding this motion. Since this is a transfer of supervision case, no one

has been assigned this case. Counsel was advised to file this motion and then a prosecutor would be assigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

Respectfully submitted,

/S/    JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No. 216615)
E-mail Address:  bigjimlaw@aol.com
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380
Attorney for Defendant Robert Paltrow