UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80003-TP-KLR

UNITED STATES OF AMERICA,

v.

ROBERT PALTROW,

    Defendant.
_____/

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this response to the defendant's motion for permission to travel. For the foregoing reasons, the government does not object to the motion.

The defendant is currently serving a one year term of supervised release after serving a six month term of imprisonment for filing a false income tax return. The defendant is seeking to travel to St. Barthelemy from April 19-26, 2016 for a family vacation.

The undersigned Assistant United States Attorney has conferred with the defendant's supervisory U.S. Probation, Andrea Boone, concerning the defendant's request. U.S. Probation Officer Andrea Boone reports that the defendant has been compliant while on supervised release and does not oppose the request to travel. The government concurs with the Probation Officer.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:    /s/*Rolando Garcia*
    ROLANDO GARCIA
    Assistant United States Attorney
    Florida Bar No. 0763012
    500 South Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    Telephone: 561 820-8711/Fax 561 820-8777
    rolando.garcia@usdoj.gov

## Certificate of Service

**I HEREBY CERTIFY** that on February 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>								*/s/ Rolando Garcia*
>								Rolando Garcia
>								Assistant United States Attorney